IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RODGER ROBINSON,

        Plaintiff,                    No. CIV S-05-1080 DFL DAD

    vs.

KARNAIL CHAND and
TEJTAL SINGH,

        Defendants.              ORDER
_____/

        The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636, et seq., and Local Rule 72-302.

        On April 7, 2006, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice to the parties that any objections to the findings and recommendations were to be filed within ten days. No objections to the findings and recommendations have been filed.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

        1. The findings and recommendations filed April 7, 2006, are adopted in full;

        2. Plaintiff's motion for default judgment is granted;

1

3. Default judgment is entered against defendants Karnail Chand and Tejtal Singh;

4. Defendants Karnail Chand and Tejtal Singh are directed to install at their market, which is located at 9053 East Highway 12 in Victor, California, a van-accessible parking space and an accessible path of travel from the access aisle of that van-accessible parking space to the market's sidewalk in accordance with the ADA and its accompanying guidelines;

5. Defendants are directed to pay plaintiff damages in the amount of $4,000; and

6. Defendants are directed to comply with the terms of this order within ninety (90) days.

DATED:   11/30/2006

_____
DAVID F. LEVI
United States District Judge