UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
501 "I" STREET
SACRAMENTO, CA  95814

RODGER ROBINSON

vs.

KARNAIL CHAND and
TEJTAL SINGH

_____

DEFAULT JUDGMENT

2:05-CV-1080 DFL DAD

**IT IS ORDERED AND ADJUDGED** default judgment is hereby ENTERED against defendant:

**KARNAIL CHAND and TEJTAL SINGH**

December 1, 2006

VICTORIA C. MINOR, CLERK

By:  \_/s/ M. Krueger_____
M. Krueger, Deputy Clerk