1  IRWIN J. ESKANOS State Bar No. 37452
   BARRY ADLER State Bar No. 60397
2  JEROME M. YALON, JR. State Bar No. 84204
   DONALD R. STEBBINS State Bar No. 83936
3  KURTISS A. JACOBS State Bar No. 218950
   JANET L. BROWN State Bar No. 208602
4  ESKANOS & ADLER, A Professional Corporation
   2325 Clayton Road, Concord, California 94520
5  Telephone: (925) 969-1900
   Facsimile: (925) 969-1802
6
   Attorneys for Plaintiff, RODGER ROBINSON
7  File No. 083187-6

8

9                 **UNITED STATES DISTRICT COURT**
                          **FOR THE**
10               **EASTERN DISTRICT OF CALIFORNIA**

11  RODGER ROBINSON,                    )   Case No. CIV S-05-1080 RRB DAD
                                        )
12                  Plaintiff,          )   **SUBSTITUTION OF ATTORNEY**
                                        )
13       v                              )
                                        )
14                                      )
                                        )
15  KARNAIL CHAND and TEJTAL SINGH,     )
                                        )
16                  Defendants.         )
    _____
17
         THOMAS N. STEWART, III, 369 Blue Oak Lane, 2nd Floor, Clayton, CA 94517, attorney of

18  record for RODGER ROBINSON, hereby substitutes Eskanos & Adler, P.C., 2325 Clayton Road,

19  Concord, CA  94520, as Plaintiff's Counsel in place of  THOMAS N. STEWART, III.

20
    Dated:  MAY 23, 2007                    /s/_____
21                                          THOMAS N. STEWART, III

22       I hereby consent to the above association.

23
    Dated:  MAY 23, 2007                    /s/_____
24                                          JEROME M. YALON, JR.

25
         IT IS SO ORDERED this 27th day of June, 2007.
26

27                                      /s/RALPH R. BEISTLINE

28


Page 1

ESKANOS & ADLER
A PROFESSIONAL CORPORATION
2325 CLAYTON ROAD
CONCORD, CALIFORNIA 94520
TELEPHONE: (925) 969-1900
FACSIMILE: (925) 969-1802